UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD MACCORD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 22-cv-04186-SVK

**ORDER OF TRANSFER**

    Petitioner is on supervised release pursuant to a federal sentence. He has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in which he argues that he has been improperly deprived of time credits under the First Step Act. Petitioner was convicted and sentenced in the Northern District of California, he served approximately 20 months in a federal penitentiary in Montgomery, Alabama, and now he is on supervised release in the Southern District of California.

    Federal courts generally take the position that the district of confinement "is normally the forum most convenient to the parties," and therefore exercise discretion in transferring petitions to the district of confinement "in the interests of justice" pursuant 28 U.S.C. § 1404(a). *McCoy v. United States Bd. of Parole*, 537 F.2d 962, 966 (8th Cir. 1976); *see also Dunne v. Henman*, 875 F.2d 244, 249-50 (9th Cir. 1989) (suggesting that even where district court has personal jurisdiction over custodian, preferred forum is district where petitioner is confined); *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 814 (D.C. Cir. 1988) ("venue considerations may, and frequently will, argue in favor of adjudication of the habeas claim in the jurisdiction where the habeas petitioner is confined").

    Because Petitioner is on supervised release in the Southern District of California, that is his district of confinement. Accordingly, in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1404(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Southern District of California.[1]

**SO ORDERED.**

Dated: July 22, 2022

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] Petitioner initially sent the petition to the Central District of California in Los Angeles, and it appears that the Office of the Clerk mailed it to the Southern District of California. (ECF No. 3-1.) It was then inadvertently mailed to this court. (*Id.*)

2